# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-20-00532-CV

## In re Heather Evans

---

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

---

## O R D E R

**PER CURIAM**

Relator Heather Evans has filed a petition for writ of mandamus and motion for emergency temporary relief.  *See* Tex. R. App. P. 52.1, 52.10(a).  We grant the motion and temporarily stay the trial court's November 2, 2020 order granting motion for mental examination, pending further order of this Court.  *See id.* 52.10(b).  The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before December 3, 2020.

It is ordered on November 19, 2020.

Before Justices Goodwin, Triana, and Smith